IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YIWU YUXIN E-COMMERCE FIRM,<br><br>*Plaintiff*,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>*Defendants*. | Civil Action No. 1:24-cv-00497<br><br>Honorable John Robert Blakey |

## PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

Plaintiff Yiwu Yuxin E-Commerce Firm moves for a Preliminary Injunction against the Partnerships and Unincorporated Associations Identified on Schedule A, thereby enjoining and restraining the continued violation of the exclusive rights in Plaintiff's copyrighted works, in an action arising out of 17 U.S.C. § 501. A Memorandum of Law in Support is filed concurrently with this Motion.

DATED: February 29, 2024									Respectfully submitted,

By: <u>*/s/ Stevenson Moore*</u>
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com
Nicholas Najera
Texas Bar No. 24127049
nnajera@nilawfirm.com

**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 615
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of February, 2024, Defendants were served with a copy of the foregoing via email as per the Court's Temporary Restraining Order (Dkt. No. 13).

<u>*/s/ Stevenson Moore*</u>
Stevenson Moore