# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**YIWU YUXIN E-COMMERCE FIRM,**

*Plaintiff,*

v.

**THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",**

*Defendants.*

**Civil Action No. 1:24-cv-00497**

**Honorable John Robert Blakey**

## <u>DECLARATION OF NICHOLAS NAJERA</u>

I, Nicholas Najera, hereby declare and state as follows:

1.   I am an attorney with the law firm Ni, Wang & Massand, PLLC.  I am over the age of eighteen and make this declaration from personal knowledge unless otherwise indicated below.

2.   I represent Yiwu Yuxin E-Commerce Firm in the above-styled case.

3.   In accordance with Sealed Temporary Restraining Order  (Dkt. No. 16) ("TRO"), I provided Amazon.com, Inc. ("Amazon") with actual notice of the TRO via email.

4.   I received responsive production from Amazon, including expedited discovery to ascertain the electronic mail addresses of the Defendants.

5.   I served the Summons, Complaint, and TRO on the Defendants via email, in accordance with the terms of the TRO, on February 23, 2024.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on February 27, 2024, in Dallas, Texas.

*/s/  Nicholas Najera*_____
Nicholas Najera

1