# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Yiwu Yuxin E−commerce Firm

                        Plaintiff,

v.                                                  Case No.: 1:24−cv−00497

                                                   Honorable John Robert Blakey

The Partnerships And Unincorporated Associations Identified On Schedule A,

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 1, 2024:

    MINUTE entry before the Honorable John Robert Blakey: Based upon the notices of voluntary dismissal [21], [23], this matter is dismissed without prejudice as to the following Defendants: Ycong (No. 2); KIRTIJW Store (No. 6); and PROSTEEL Store (No. 3). Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.