## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Yiwu Yuxin E–commerce Firm

                                      Plaintiff,

v.                                                                Case No.: 1:24–cv–00497

                                                                         Honorable John Robert Blakey

The Partnerships And Unincorporated Associations Identified On Schedule A,

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 6, 2024:

      MINUTE entry before the Honorable John Robert Blakey: Motion hearing held on 3/6/2024. Defendants failed to appear and failed to notify Chambers of any scheduling conflicts. Plaintiff's motion for preliminary injunction [24] is taken under advisement. Plaintiff shall resubmit an updated proposed order by the close of business on 3/6/2024, as stated in open court. By 6/6/24, Plaintiff shall file a status report regarding the status of service of process, settlement discussions, and any further actions to resolve this matter. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.